UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TROY BURNS and KELLY BURNS, and the marital community composed thereof,<br><br>        Plaintiffs,<br><br>    v.<br><br>I.C. SYSTEM, INC., a Minnesota corporation,<br><br>        Defendant. | NO. CV-12-0157-EFS<br><br>**ORDER GRANTING PLAINTIFFS' STIPULATED MOTION TO DISMISS** |

    This matter comes before the Court on Plaintiffs Troy and Kelly Burns' Stipulation and Order of Dismissal, ECF No. 7. Therein, the parties jointly ask the Court to dismiss this matter without prejudice and without an award of costs or attorney's fees to either party.

    Based on the parties' stipulation, **IT IS HEREBY ORDERED**:

    1.  This matter is **DISMISSED without prejudice** and with each party to bear their own costs and fees.

///

///

//

/

ORDER ~ 1

1      2.   This file shall be **CLOSED**, and all pending motions, hearings,
2  and deadlines **STRICKEN**.
3      **IT IS SO ORDERED.** The District Court Executive is directed to
4  enter this Order and distribute copies to counsel.
5      **DATED** this ___7th___ day of June 2012.

7                          S/ Edward F. Shea
                           EDWARD F. SHEA
8                     United States District Judge

26  Q:\Civil\2012\157.stip.dismiss.lc2.wpd

ORDER ~ 2